**No. 59934.**—W. J. Byrnes & Co. of N. Y., Inc. *v.* United States, protest 236133–K (New York).

Opinion by LAWRENCE, J.  At the trial, it was stipulated that the advertising trays are manufactured articles, not specially provided for, wholly or in chief value of metal other than gold, lead, platinum, silver, tin, or tin plate, and that they are not plated with platinum, gold, or silver, or colored with gold lacquer. On the record presented, the claim of the plaintiff was sustained.